IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOHNNY RHEW**                                                               **PLAINTIFF**

V.                                       4:07CV00324JMM

**NORANDAL USA, INC.**                                        **DEFENDANT**

## ORDER

After consideration of the motion to admit counsel H. Buckley Cole, pro hac vice, and it appearing to the Court that this attorney meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion should be, and hereby is, GRANTED.

SIGNED this 19th day of June 2007.

_____
UNITED STATES DISTRICT JUDGE