IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOHNNY RHEW**                                                     **PLAINTIFF**

V.                             NO.  4:07CV00324

**NORANDAL USA, INC.**                                       **DEFENDANT**

## ORDER

Pending is Plaintiff's notice of lodging of record and request that the record be filed under seal. (Docket # 10). For good cause shown, the request is GRANTED. The Clerk is directed to file the record under seal.

IT IS SO ORDERED this 20th day of July, 2007.

                                                              James M. Moody
                                                          United States District Judge